IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LACY CHARLES BLACK,

      Plaintiff,

    v.

DELANO REGIONAL MEDICAL CENTER, et al.,

      Defendants.

_____/

No. C 15-3070 MEJ  (PR)

**ORDER OF TRANSFER**

    Plaintiff has filed a pro se civil rights action pursuant to 42 U.S.C. § 1983 complaining of events at Kern Valley State Prison and Delano Regional Medical Center, both in Delano, California.  Plaintiff also complains of events at Mercy Hospital in Bakersfield, California.  Delano and Bakersfield are both in Kern County, which is located within the venue of the Eastern District of California.  See 28 U.S.C. § 8).  No defendant is alleged to reside in, and none of the events or omissions giving rise to the complaint occurred in, the Northern District.  Venue therefore is proper in the Eastern District, and not in this one.  See 28 U.S.C. § 1391(b).

    Accordingly, in the interests of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Eastern District of California.  The Clerk of the Court is directed to transfer the case forthwith.  In view of the transfer, the Court will not rule upon plaintiff's request for leave to proceed in forma pauperis.

    IT IS SO ORDERED.

DATED: ___July 17, 2105___

_____
Maria-Elena James
United States Magistrate Judge